JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 09-03862-MMM(RZx) | Date June 9, 2010 |

Title   Marquita Shealy vs ACM Group

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   **[In Chambers] Order Dismissing Action for Lack of Prosecution**


     On July 28, 2009, default by the clerk was entered on defendant ACM Group.  To date, plaintiff has failed to file a motion for default judgement pursuant to Rule 55b of the Federal Rules of Civil Procedure.  Consequently, the court dismisses this action for failure to prosecute without prejudice.